**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **LEONARD J. FRANKLIN, III** | : | **DOCKET NO. 18-cv-0358** |
| **D.O.C. # 469726** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES** |
| **TONY MANCUSO, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 10), and after an independent determination of the issues and review of the record, including the plaintiff's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against "Medical Staff Calcasieu Corrections Center," "Administration Calcasieu Corrections Center," and "Classifications Calcasieu Corrections Center" be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted.

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE